**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Elsi G. Khallouf                                CHAPTER 13
         Alfred G. Khallouf
                     Debtor(s)                     BKY. NO. 20-10356

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nissan Motor Acceptance Corporation and index same on the master mailing list.

                                                   Respectfully submitted,
                                                   **/s/ Rebecca A. Solarz Esquire**
                                                   Rebecca A Solarz, Esquire
                                                   Kevin G. McDonald, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 627-1322