**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **ALFRED KHALLOUF** and | : | **CHAPTER 13** |
| **ELSI KHALLOUF,** | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 20-10356 pmm |

**ORDER**

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Kevin K. Kercher, Esquire, Attorney for Debtor (the "Application") and upon the certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,725.00, and expenses are approved in the amount of $310.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,810.00 which was paid by the Debtors prepetition., to the extent provided by the confirmed chapter 13 plan.

**BY THE COURT:**

*Patricia M. Mayer*

Dated: 7/22/20

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**