| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 20-10356-PMM

Alfred G. Khallouf  
Elsi G. Khallouf  
5308 Stenton Drive  
Bethlehem  PA   18017-8226

Petition Filed Date: 01/17/2020  
341 Hearing Date: 02/25/2020  
Confirmation Date: 06/25/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/09/2020 | $300.00 | | 04/06/2020 | $300.00 | | 05/05/2020 | $300.00 | |
| 06/05/2020 | $300.00 | | 07/06/2020 | $300.00 | | 08/04/2020 | $300.00 | |

**Total Receipts for the Period: $1,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,225.00 | $0.00 | $1,225.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $1,883.51 | $0.00 | $1,883.51 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $4,481.56 | $0.00 | $4,481.56 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $558.26 | $0.00 | $558.26 |
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $29,788.32 | $0.00 | $29,788.32 |
| 5 | WELLS FARGO BANK NA »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $52,039.08 | $0.00 | $52,039.08 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $823.16 | $0.00 | $823.16 |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $6,535.51 | $0.00 | $6,535.51 |
| 9 | BANK OF AMERICA NA »» 009 | Unsecured Creditors | $2,508.66 | $0.00 | $2,508.66 |
| 10 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 10U | Unsecured Creditors | $535.03 | $0.00 | $535.03 |
| 12 | CHASE BANK USA NA »» 011 | Unsecured Creditors | $40,720.37 | $0.00 | $40,720.37 |
| 13 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $2,016.48 | $0.00 | $2,016.48 |
| 14 | CHASE BANK USA NA »» 013 | Unsecured Creditors | $2,535.61 | $0.00 | $2,535.61 |
| 15 | AMERICAN EXPRESS NATIONAL BANK »» 014 | Unsecured Creditors | $18,041.07 | $0.00 | $18,041.07 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | STATE FARM BANK<br>»» 015 | Unsecured Creditors | $3,369.52 | $0.00 | $3,369.52 |
| 17 | US BANK NA<br>»» 016 | Unsecured Creditors | $4,896.99 | $0.00 | $4,896.99 |
| 18 | WELLS FARGO EDUCATION<br>»» 017 | Unsecured Creditors | $8,185.88 | $0.00 | $8,185.88 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $27,428.88 | $0.00 | $27,428.88 |
| 20 | PENNYMAC LOAN SERVICES LLC<br>»» 019 | Mortgage Arrears | $341.24 | $128.90 | $212.34 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,800.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $128.90 | Arrearages: | $0.00 |
| Paid to Trustee: | $176.10 | Total Plan Base: | $30,800.00 |
| Funds on Hand: | $1,495.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.