UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ALFRED G. KHALLOUF            : Chapter 13
         and
     ELSI G. KHALLOUF                 :

         Debtors                      :

                                      : Bankruptcy No.  20-10356PMM

## O R D E R

AND NOW, upon consideration of the the Chapter 13 Trustee's Objection to Proof of Claim Number 18-1 of LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 18-1 of LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES is disallowed.

                                            BY THE COURT:

Dated: **August 28, 2020**                  _____
                                            **Patricia M. Mayer, Bankruptcy Judge**