```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                            Case No. 20-10356-pmm
Alfred G. Khallouf                                                Chapter 13
Elsi G. Khallouf
         Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: Antoinett          Page 1 of 1         Date Rcvd: Aug 28, 2020
                            Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
db/jdb          Alfred G. Khallouf,    Elsi G. Khallouf,    5308 Stenton Drive,    Bethlehem, PA   18017-8226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2020 at the address(es) listed below:
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK,  N.A. bankruptcy@powerskirn.com
              KEVIN K. KERCHER    on behalf of Debtor Alfred G. Khallouf kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Joint Debtor Elsi G. Khallouf kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              MARIO J. HANYON    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Pennymac Loan Services, LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SARAH K. MCCAFFERY    on behalf of Creditor    WELLS FARGO BANK,  N.A. bankruptcy@powerskirn.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ALFRED G. KHALLOUF           : Chapter 13
            and
      ELSI G. KHALLOUF                :

            Debtors                   :

                                      : Bankruptcy No.  20-10356PMM

## **O R D E R**

AND NOW, upon consideration of the the Chapter 13 Trustee's Objection to Proof of Claim Number 18-1 of LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 18-1 of LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES is disallowed**.**

**BY THE COURT:**

Dated: **August 28, 2020**

_____
**Patricia M. Mayer, Bankruptcy Judge**