United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alfred G. Khallouf  
Elsi G. Khallouf  
    Debtors

Case No. 20-10356-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

**Recip ID**    **Recipient Name and Address**  
14474630    State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

**Name**    **Email Address**

ANN E. SWARTZ  
    on behalf of Creditor Pennymac Loan Services LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANN E. SWARTZ  
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

JILL MANUEL-COUGHLIN  
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

KEVIN K. KERCHER  
    on behalf of Joint Debtor Elsi G. Khallouf kevinkk@kercherlaw.com kevin@kercherlaw.com

KEVIN K. KERCHER  
    on behalf of Debtor Alfred G. Khallouf kevinkk@kercherlaw.com kevin@kercherlaw.com

MARIO J. HANYON  
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON  
    on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, wbecf@brockandscott.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: trc | Total Noticed: 1 |

REBECCA ANN SOLARZ
    on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-10356-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Alfred G. Khallouf  
5308 Stenton Drive  
Bethlehem PA 18017-8226

Elsi G. Khallouf  
5308 Stenton Drive  
Bethlehem PA 18017-8226

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/19/2021.

Name and Address of Alleged Transferor(s):

Claim No. 15: State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701

Name and Address of Transferee:

Afni, Inc.  
c/o Becket and Lee LLP  
PO Box 3001  
Malvern PA 19355-0701

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/21/21

Tim McGrath  
**CLERK OF THE COURT**