Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-10356-PMM**

Alfred G. Khallouf  
Elsi G. Khallouf  
5308 Stenton Drive  
Bethlehem  PA  18017-8226

Petition Filed Date: 01/17/2020  
341 Hearing Date: 02/25/2020  
Confirmation Date: 06/25/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/09/2020 | $300.00 | | 04/06/2020 | $300.00 | | 05/05/2020 | $300.00 | |
| 06/05/2020 | $300.00 | | 07/06/2020 | $300.00 | | 08/04/2020 | $300.00 | |
| 09/04/2020 | $300.00 | | 10/05/2020 | $300.00 | | 11/04/2020 | $300.00 | |
| 11/20/2020 | $27,637.09 | 22015 sale 6 | 12/07/2020 | $300.00 | | 01/05/2021 | $300.00 | |
| 02/04/2021 | $300.00 | | 03/08/2021 | $300.00 | | 04/05/2021 | $300.00 | |
| 05/05/2021 | $300.00 | | 06/07/2021 | $300.00 | | | | |

**Total Receipts for the Period: $32,437.09    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $32,437.09**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,225.00 | $1,225.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $1,883.51 | $282.84 | $1,600.67 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $4,481.56 | $693.94 | $3,787.62 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $558.26 | $83.84 | $474.42 |
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $29,788.32 | $4,703.90 | $25,084.42 |
| 5 | WELLS FARGO BANK NA »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $52,039.08 | $8,217.54 | $43,821.54 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $823.16 | $123.60 | $699.56 |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $6,535.51 | $1,022.16 | $5,513.35 |
| 9 | BANK OF AMERICA NA »» 009 | Unsecured Creditors | $2,508.66 | $392.34 | $2,116.32 |
| 10 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 10U | Unsecured Creditors | $535.03 | $80.33 | $454.70 |
| 12 | CHASE BANK USA NA »» 011 | Unsecured Creditors | $40,720.37 | $6,430.18 | $34,290.19 |
| 13 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $2,016.48 | $318.39 | $1,698.09 |

**Chapter 13 Case No. 20-10356-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $2,535.61 | $396.55 | $2,139.06 |
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 014 | Unsecured Creditors | $18,041.07 | $2,848.87 | $15,192.20 |
| 16 | AFNI INC<br>»» 015 | Unsecured Creditors | $3,369.52 | $521.72 | $2,847.80 |
| 17 | US BANK NA<br>»» 016 | Unsecured Creditors | $4,896.99 | $765.92 | $4,131.07 |
| 18 | WELLS FARGO EDUCATION<br>»» 017 | Unsecured Creditors | $8,185.88 | $1,280.31 | $6,905.57 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | PENNYMAC LOAN SERVICES LLC<br>»» 019 | Mortgage Arrears | $341.24 | $341.24 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,437.09 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $29,728.67 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,347.70 | Total Plan Base: | $38,437.09 |
| Funds on Hand: | $360.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.