| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Reading) | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Alfred G. Khallouf<br>Elsi G. Khallouf | Case Number:<br><br>4:2020-bk-10356 | |
| Name of Creditor:<br>   Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>   Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>   Wells Fargo Bank, N.A.<br>   MAC N9286-01Y<br>   P.O. Box 1629<br>   Minneapolis, MN 55440-9790<br>   Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>   Wells Fargo Bank, N.A.<br>   MAC N9286-01Y<br>   1000 Blue Gentian Road<br>   Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>   Wells Fargo Bank, N.A.<br>   Attention: Payment Processing<br>   MAC F2302-04C<br>   1 Home Campus<br>   Des Moines, IA 50328<br>   Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number:  2453  UCID: WFCMGF2010356PAE20412453 | | ___ Check this box if the account number has changed. |
| 2.   Court Claim Number: 5 | | |
| 3.   Signature:<br><br>Check the appropriate box.<br>   X   I am the creditor.<br>       I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>       I am the trustee, or the debtor.<br>       I am a guarantor, surety, endorser, or other codebtor.<br><br>   By:   /s/ Karen Sue Branas                    Date:  01/20/2022<br>          VP Loan Documentation | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.:   20-10356 |
| **Alfred G. Khallouf** | CHAPTER:   13 |
| **Elsi G. Khallouf** | |
| Debtor(s). | |
| _____ / | |

**CERTIFICATE OF SERVICE**

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*         *By U.S. Postal Service First Class Mail Postage Prepaid:*

Alfred G. Khallouf
5308 Stenton Drive
Bethlehem, PA 18017-8226


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Elsi G. Khallouf
5308 Stenton Drive
Bethlehem, PA 18017-8226


*Debtor's Attorney:*    *By CM / ECF Filing:*

KEVIN K. KERCHER
Law Office of Kevin K. Kercher, Esq, PC
881 Third Street
Suite C-2
Whitehall, PA 18052


*Trustee:*         *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)