| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10356-PMM**

Alfred G. Khallouf  
Elsi G. Khallouf  
5308 Stenton Drive  
Bethlehem  PA    18017-8226

Petition Filed Date: 01/17/2020  
341 Hearing Date: 02/25/2020  
Confirmation Date: 06/25/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $300.00 | | 05/05/2021 | $300.00 | | 06/07/2021 | $300.00 | |
| 07/06/2021 | $300.00 | | 08/04/2021 | $300.00 | | 09/07/2021 | $300.00 | |
| 10/05/2021 | $300.00 | | 11/04/2021 | $300.00 | | 12/06/2021 | $300.00 | |
| 01/04/2022 | $300.00 | | 02/04/2022 | $300.00 | | 03/07/2022 | $300.00 | |
| 04/04/2022 | $300.00 | | 05/05/2022 | $300.00 | | 06/07/2022 | $300.00 | |
| 07/06/2022 | $300.00 | | | | | | | |

**Total Receipts for the Period: $4,800.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $36,337.09**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,225.00 | $1,225.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $1,883.51 | $334.99 | $1,548.52 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $4,481.56 | $796.92 | $3,684.64 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $558.26 | $99.26 | $459.00 |
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $29,788.32 | $5,343.20 | $24,445.12 |
| 5 | WELLS FARGO BANK NA »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA NA »» 006 | Unsecured Creditors | $52,039.08 | $9,334.42 | $42,704.66 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $823.16 | $138.73 | $684.43 |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $6,535.51 | $1,162.18 | $5,373.33 |
| 9 | BANK OF AMERICA NA »» 009 | Unsecured Creditors | $2,508.66 | $438.38 | $2,070.28 |
| 10 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 10U | Unsecured Creditors | $535.03 | $96.00 | $439.03 |
| 12 | CHASE BANK USA NA »» 011 | Unsecured Creditors | $40,720.37 | $7,304.14 | $33,416.23 |
| 13 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $2,016.48 | $349.21 | $1,667.27 |

**Chapter 13 Case No. 20-10356-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $2,535.61 | $443.07 | $2,092.54 |
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 014 | Unsecured Creditors | $18,041.07 | $3,236.09 | $14,804.98 |
| 16 | AFNI INC<br>»» 015 | Unsecured Creditors | $3,369.52 | $599.21 | $2,770.31 |
| 17 | US BANK NA<br>»» 016 | Unsecured Creditors | $4,896.99 | $870.82 | $4,026.17 |
| 18 | WELLS FARGO EDUCATION<br>»» 017 | Unsecured Creditors | $8,185.88 | $1,455.73 | $6,730.15 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | PENNYMAC LOAN SERVICES LLC<br>»» 019 | Mortgage Arrears | $341.24 | $341.24 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $36,337.09 | | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $33,568.59 | | Arrearages: | $300.00 |
| Paid to Trustee: | $2,677.70 | | Total Plan Base: | $38,437.09 |
| Funds on Hand: | $90.80 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.