Certificate Number: 15317-PAE-DE-034106392

Bankruptcy Case Number: 20-10356



15317-PAE-DE-034106392

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2020, at 7:52 o'clock AM PST, Alfred Khallouf completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 18, 2020           By:    /s/Jerry Fajardo

                                   Name:  Jerry Fajardo

                                   Title: Counselor