Certificate Number: 15317-PAE-DE-034106393

Bankruptcy Case Number: 20-10356



15317-PAE-DE-034106393

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 18, 2020, at 7:52 o'clock AM PST, Elsi Khallouf completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    February 18, 2020                          By:      /s/Jerry Fajardo

Name:   Jerry Fajardo

Title:    Counselor