United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10356-pmm |
| Alfred G. Khallouf | Chapter 13 |
| Elsi G. Khallouf | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 22, 2023 | Form ID: 138OBJ | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Alfred G. Khallouf, 5308 Stenton Drive, Bethlehem, PA 18017-8226 |
| jdb | | Elsi G. Khallouf, 5308 Stenton Drive, Bethlehem, PA 18017-8226 |
| 14522066 | + | Law Office of Kevin K. Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 14522086 | + | Law Office of Kevin Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 14454507 | | Nissan Motor Acceptance Corporation, PO Box 742658, Cincinnati, OH 45274-2658 |
| 14521406 | + | Nissan Motor Acceptance Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14454509 | | Olga Ramos, 691 Dixon St, Allentown, PA 18103-4979 |
| 14454510 | + | Penny Mac Mortgage, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14553625 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14463826 | + | Pennymac Loan Services, LLC, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14463761 | | Pennymac Loan Services, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14553741 | + | Pennymac Loan Services, LLC, c/o ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080 Philadelphia, PA 19109-1031 |
| 14454511 | | Pinnacle Bank DBA Apex, 318 S Clinton St Ste 400, Syracuse, NY 13202-1127 |
| 14474630 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14463138 | + | WELLS FARGO BANK, N.A., Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14460656 | + | Wells Fargo Bank, N.A., c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14454518 | + | Wells Fargo Financial Ed. Service, PO Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 23 2023 00:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 23 2023 00:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14454501 | + | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 00:30:56 | AMEX, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14583871 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 00:31:03 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14473144 | | Email/PDF: bncnotices@becket-lee.com | Feb 23 2023 00:30:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14454502 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 23 2023 00:25:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |

Case 20-10356-pmm    Doc 68    Filed 02/24/23    Entered 02/25/23 00:37:36    Desc Imaged
                                Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: 138OBJ | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 14460782 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 23 2023 00:25:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14454503 | ^ | MEBN | Feb 23 2023 00:20:01 | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14454504 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2023 00:31:01 | Capital One Bank (USA), N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14458507 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2023 00:30:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14454505 | | Email/Text: mrdiscen@discover.com | Feb 23 2023 00:25:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14459725 | | Email/Text: mrdiscen@discover.com | Feb 23 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14454506 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2023 00:31:01 | JPMCB Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14470904 | + | Email/Text: RASEBN@raslg.com | Feb 23 2023 00:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14486513 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2023 00:30:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14521223 | ^ | MEBN | Feb 23 2023 00:20:03 | Nissan Motor Acceptance Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14469865 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 23 2023 00:25:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14454508 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 23 2023 00:25:00 | Nissan-Infinit LT, PO Box 660366, Dallas, TX 75266-0366 |
| 14489175 | + | Email/PDF: ebnotices@pnmac.com | Feb 23 2023 00:31:03 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14454512 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2023 00:30:59 | Sears, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 14454513 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 23 2023 00:25:00 | State Farm Ban, PO Box 2313, Bloomington, IL 61702-2313 |
| 14454514 | | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 00:30:58 | Synchrony Bank/Lowes, PO Box 956005, Orlando, FL 32801 |
| 14483486 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 23 2023 00:25:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14454515 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 23 2023 00:25:00 | US Bank, PO Box 108, Saint Louis, MO 63166-0108 |
| 14454516 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 23 2023 00:25:00 | US Department Of Education, 2401 International Ln, Madison, WI 53704-3121 |
| 14454517 | | Email/Text: bkelectronicnotices@usaa.com | Feb 23 2023 00:25:00 | USAA Saving Bank, 10750 W McDermott Fwy, San Antonio, TX 78288-1601 |
| 14485155 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 23 2023 00:30:58 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14461237 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 23 2023 00:31:02 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14454519 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 23 2023 00:30:54 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14522087 | *+ | Law Office of Kevin K Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 14522075 | *+ | Law Office of Kevin K. Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 14522077 | *+ | Law Office of Kevin K. Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2023               Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KEVIN K. KERCHER | on behalf of Debtor Alfred G. Khallouf kevinkk@kercherlaw.com kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Elsi G. Khallouf kevinkk@kercherlaw.com kevin@kercherlaw.com |
| MARIO J. HANYON | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor Pennymac Loan Services LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Alfred G. Khallouf and Elsi G. Khallouf

        Debtor(s)

Case No: 20−10356−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/22/23

 

66 − 65
Form 138OBJ