United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alfred G. Khallouf  
Elsi G. Khallouf  
    Debtors

Case No. 20-10356-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: May 12, 2023     Form ID: 195     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Alfred G. Khallouf, 5308 Stenton Drive, Bethlehem, PA 18017-8226 |
| jdb | | Elsi G. Khallouf, 5308 Stenton Drive, Bethlehem, PA 18017-8226 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nissan Motor Acceptance Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Elsi G. Khallouf kevinkk@kercherlaw.com kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Debtor Alfred G. Khallouf kevinkk@kercherlaw.com kevin@kercherlaw.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 12, 2023 | Form ID: 195 | Total Noticed: 2

MARIO J. HANYON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN
    on behalf of Creditor Pennymac Loan Services  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Alfred G. Khallouf and Elsi G. Khallouf  : Case No. 20−10356−pmm
    Debtor(s)

***ORDER***
_____

AND NOW, this day , May 12, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court